

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-12-00474-CV

| | |
|---|---|
| Harris County Sheriff's Civil Service Commission, Appellant<br><br>v.<br><br>Louis Guthrie, Appellee | Appealed from the 295th District Court of Harris County. (Tr. Ct. No. 2010-35811). Opinion delivered by Justice Jamison. Justices Boyce and Busby also participating. |

**TO THE 295TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 13, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Louis Guthrie, signed May 17, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Louis Guthrie.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, January 23, 2015.

**CHRISTOPHER A. PRINE, CLERK**